IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| TRUSTEES OF THE ELECTRICAL WELFARE TRUST FUND, et al.<br><br>Plaintiffs<br><br>v.<br><br>BLUMENTHAL-KAHN ELECTRIC LIMITED PARTNERSHIP<br><br>Defendant | Civil Action No.: MJG 02 CV 593 |

### Joint Motion for Extension of Deadlines

The Plaintiffs and Defendant, by and through their respective undersigned counsel jointly move to extend all deadlines in this civil action. The parties have and will continue to engage in substantive settlement discussions of this action, and believe that additional time will allow a resolution of this matter. The parties request that this Court extend the deadlines as follows:

| Deadline | From | To |
|---|---|---|
| Discovery Ends | 09/09/2002 | 11/08/2002 |
| Submission of Status Report | 09/09/2002 | 11/08/2002 |
| Requests for Admissions | 09/16/2002 | 11/15/2002 |
| Dispositive Pre-Trial Motions | 10/08/2002 | 12/09/2002 |

WHEREFORE, the parties respectfully request this Honorable Court to grant this Joint Motion for Extension of Deadlines.



Respectfully Submitted,

_____  
Robert R. Bowie, Jr. **Bar No. 00442**  
Matthew G. Hjortsberg **Bar No. 024949**  
Bowie & Jensen, LLC  
29 W. Susquehanna Avenue, Suite 600  
Towson, Maryland 21204  
(410) 583-2400  
*Attorneys for Defendant*

_____ (per facsimile dated 9/4/02)  
James W. Burton **Bar No.14319**  
4000 Mitchellville Road  
Suite 222  
Bowie, Maryland 20716  
(301) 805-6080  
*Attorney for Plaintiffs*

**SO ORDERED** this ___6th___ day of ___September___, 2002.

_____  
Marvin J. Garbis  
U.S. District Court Judge