FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 DEC 12 P 2: 38

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUTY

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(NORTHERN DIVISION)**

Trustees of the Electrical Welfare
Trust Fund, et al.,                              :

                                                 :

                                                 :

          Plaintiffs,                            :

                                                 :

     v.                                          :     Case No: MJG-02-CV593

                                                 :

Blumenthal Kahn                                  :

                                                 :

          Defendant.                             :

**ORDER**

Upon due consideration of the Joint Motion for Extension of Deadline for Filing

of Dispositive Pre-Trial Motion, it is this *12th* day of December 2002 hereby:

**ORDERED,**

That the deadline for filing of dispositive pre-trial motions is extended until

Friday January 24, 2003.

_____
Marvin J. Garbis
U.S. District Court Judge

Mr. Matthew Hjortsberg, Esq.
Bowie & Jensen, LLC
6th Floor, 29 W. Susquehanna Ave.
Towson, MD 21204-5274
Counsel for Defendant

James W. Burton, Esq.
4000 Mitchellville Road
Suite 222
Bowie, Maryland 20716
Counsel for Plaintiffs