FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 FEB 10 P 2:39

AT BALTIMORE
_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TRUSTEES OF THE ELECTRICAL
WELFARE TRUST FUND, ET AL.     *

       Plaintiffs     *

vs.                            *   CIVIL ACTION NO. MJG-02-593

BLUMENTHAL-KAHN ELECTRIC       *
LIMITED PARTNERSHIP
                              *

       Defendant

*     *     *     *     *     *     *     *     *

## ORDER

In the absence of any dispositive motions, this case shall proceed expeditiously to trial.

    1.   By March 21, 2003:

        a.   The Pretrial Order shall be filed.

        b.   Any motions in limine shall be filed.

    2.   Plaintiff shall arrange the scheduling for the pretrial conference, which can be held by telephone or in person, at a mutually convenient time during the week of March 31, 2003.

    3.   Bench trial shall begin on Friday, April 4, 2003 at 2:00 p.m. with an estimated duration of three hours.

SO ORDERED this _6th_ day of February, 2003

                                  Marvin J. Garbis
                            United States District Judge

