IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

FILED
2003 FEB 12 P 2:48

JAN 24 2003

| | |
|---|---|
| TRUSTEES OF THE ELECTRICAL WELFARE TRUST FUND, et al.<br><br>Plaintiffs<br><br>v.<br><br>BLUMENTHAL-KAHN ELECTRIC LIMITED PARTNERSHIP<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)   Civil Action No.: MJG 02 CV 593<br>)<br>)<br>)<br>)<br>) |

### JOINT STIPULATION OF DISMISSAL

The parties, by and through their undersigned counsel, pursuant to Rule 41 of the Fed. R. Civ. P., stipulate and agree that all claims contained in the Complaint in the above-referenced matter shall be dismissed, without prejudice.

Respectfully Submitted,

_____          _____
Robert R. Bowie, Jr. Bar No. 00442          James W. Burton Bar No. 14319
Matthew G. Hjortsberg Bar No. 024949        4000 Mitchellville RoaD
Bowie & Jensen, LLC                         Suite 222
29 W. Susquehanna Avenue, Suite 600         Bowie, Maryland 20716
Towson, Maryland 21204                      (301) 805-6080
(410) 583-2400                              *Attorney for Plaintiffs*
*Attorneys for Defendant*

SO ORDERED this 12th day of February, 2003.

_____
US DJ